**IN THE UNITED STATED DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| GARY BRANCH,<br><br>Plaintiff,<br><br>v.<br><br>INNOVIS DATA SOLUTIONS, INC.,<br><br>Defendant. | Civil Action<br><br>File No. 8:26-cv-01654-WFS-AEP<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Gary Branch and Defendant Innovis Data Solutions, Inc. ("Innovis") jointly stipulate to dismiss all claims and causes of action in this lawsuit without prejudice. Plaintiff and Innovis will bear their own attorneys' fees, costs, and expenses.

Dated: August 31, 2026

By: */s/ Gary Branch*
Gary Branch
5146 Lake Toscana Dr.
Wimauma, FL 33598
gm1977914@gmail.com

*Plaintiff, Pro Se*

By: */s/ Steven J. Brotman*
Steven J. Brotman, Esq.
777 S. Flagler Dr., Ste. 215 East
West Palm Beach, FL 33401
steven.brotman@troutman.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2026, a copy of the foregoing was served via the Court's electronic case filing system on all those parties receiving electronic notice in the above-referenced case.

*/s/ Steven J. Brotman*
Steven J. Brotman